

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00796-CV

**Anthonia Uduma**

v.

**Patti J. Wagner, as Guardian of Jenny Wagner, an Incapacitated Adult**

NO. 0940925 IN THE 269TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 09/16/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/05/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/05/2013 | E-PAID | APE |
| MT FEE | $10.00 | 03/18/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 03/11/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/11/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/11/2013 | E-PAID | APE |
| MT FEE | $10.00 | 02/07/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/07/2013 | E-PAID | APE |
| SUPP CLK RECORD | $382.00 | 01/22/2013 | PAID | ANT |
| MT FEE | $10.00 | 01/10/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/10/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 12/19/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/15/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 10/31/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/31/2012 | E-PAID | ANT |
| REPORTER'S RECORD | $258.67 | 10/29/2012 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/12/2012 | E-PAID | ANT |

| FILING | $175.00 | 09/10/2012 | PAID | ANT |
| CLK RECORD | $174.00 | 09/04/2012 | UNKNOWN | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,099.67.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 4, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**